ANTHONY GOLDSMITH (SBN 125621)
LAW OFFICES OF ANTHONY GOLDSMITH, APC
6303 Owensmouth Ave., 10th Floor
Woodland Hills, California 91367
Tel: (818) 646-2071
Fax: (818) 237-9256
Email: agoldsmith@goldsmithlawoffices.com
          info@goldsmithlawoffices.com

Attorneys for Plaintiff,
GUY JONES

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY JONES, an individual**<br><br>Plaintiff,<br><br>vs.<br><br>**DIGNITY COMMUNITY CARE, a Colorado non profit corporation, DIGNITY HEALTH, a California non profit corporation, COMMONSPIRIT HEALTH, a Colorado non profit corporation and DOES 1-100, inclusive**<br><br>Defendant | Case No.: **2:24-CV-00738-JDP**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE DEADLINE FOR SERVICE OF COMPLAINT BY FORTY-FIVE (45) DAYS** |

Having reviewed and considered Plaintiff's Motion for Administrative Relief to Extend the Deadline for Service of his Complaint by Forty-Five (45) Days pursuant to Local Rule 233, and finding cause therefor, the Court rules as follows:

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion is granted.
2. Plaintiff is provided an extension on the deadline for service of the Complaint until July 24, 2024.

IT IS SO ORDERED.

Dated:   May 28, 2024

JEREMY D. PETERSON

UNITED STATES MAGISTRATE JUDGE