ANTHONY GOLDSMITH (SBN 125621)
LAW OFFICES OF ANTHONY GOLDSMITH, APC
6303 Owensmouth Ave., 10th Floor
Woodland Hills, California 91367
Tel: (818) 646-2071
Fax: (818) 237-9256
Email: agoldsmith@goldsmithlawoffices.com
       info@goldsmithlawoffices.com

Attorneys for Plaintiff,
GUY JONES

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GUY JONES, an individual**<br><br>Plaintiff,<br><br>vs.<br><br>**DIGNITY COMMUNITY CARE, a Colorado non profit corporation, DIGNITY HEALTH, a California non profit corporation, COMMONSPIRIT HEALTH, a Colorado non profit corporation and DOES 1-100, inclusive**<br><br>Defendant | Case No.: **2:24-CV-00738-JDP**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ACTION**<br><br>FRCP 41(a)(1)(A)(i) |

TO THIS COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT Plaintiff, Guy Jones, hereby dismisses this action in its entirety without prejudice, from the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Dignity Community Care, Dignity Health and Commonspirit Health have not filed an answer, other responsive pleading or a motion for summary judgment in this action. Further, no cross-claim or counter-claim has been filed in this action by any party.

                                      /s/ Anthony Goldsmith
                                      Anthony Goldsmith, Esq.
                                      Attorney for Plaintiff, Guy Jones